**Order entered October 22, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-01324-CV**
**No. 05-14-01325-CV**

**IN RE DONALD GENE BLANTON, Relator**

**Original Proceeding from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 23078-86, 23592-86**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **DENY** as unnecessary relator's motion to file his application for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE